# Third District Court of Appeal

## State of Florida

Opinion filed May 4, 2022
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-416
Lower Tribunal Nos. F04-2805A, F04-2808A, F04-2806,
F04-2807, F19-21494

_____

**Robert Fountain, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Robert Fountain, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.